IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00847-WYD-BNB

KIM RENEE COLEMAN,

Plaintiff,

v.

CITY AND COUNTY OF BROOMFIELD,
TAMMY ROSS, in her official capacity as Program Planning Administrator,
DEBRA OLDENETTEL, in her official capacity as Manager of Family and Children Services,
and
KAREN BEYE, in her official capacity as Director of Health and Human Services,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff Kim Coleman's Unopposed Motion to Modify Scheduling Order and Extend Expert Disclosure Deadline by Two weeks Respectively** (the "Motion"), filed on November 17, 2005.

> The plaintiff shall designate all experts and provide opposing
> counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on
> or before **December 19, 2005**;

> The defendants shall designate all experts and provide opposing
> counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on
> or before **January 18, 2006**.

DATED: November 22, 2005