IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00847-WYD-BNB

KIM RENEE COLEMAN,

Plaintiff,

v.

CITY AND COUNTY OF BROOMFIELD,
TAMMY ROSS, in her official capacity as Program Planning Administrator,
DEBRA OLDENETTEL, in her official capacity as Manager of Family and Children Services,
and
KAREN BEYE, in her official capacity as Director of Health and Human Services,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record. Consistent with matters discussed during the final pretrial conference:

IT IS ORDERED that a revised final pretrial order shall be submitted to the court on or before **June 2, 2006**.

IT IS FURTHER ORDERED that copies of exhibits must be provided to opposing counsel on or before **June 12, 2006**. The objections contemplated by Fed. R. Civ. P. 26(a)(3) shall be filed with the Clerk of the Court and served by hand delivery or facsimile no later than **June 23, 2006**.

Dated May 22, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge