IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-847-WYD-BNB

KIM RENEE COLEMAN,

    Plaintiff,

v.

CITY AND COUNTY OF BROOMFIELD;
TAMMY ROSS, in her official capacity as Program Planning Administrator;
DEBRA OLDENETTEL, in her official capacity as Manager of Family and Children Services; and
KAREN BEYE, in her official capacity as Director of Health and Human Services,

    Defendants.

## ORDER

THIS MATTER is before the Court on Defendants' Motion to Exclude the Opinions Testimony of Linda E. Andrews [# 35], filed on March 24, 2006.  Plaintiff filed her Response to Motion to Exclude Linda Andrews, LSW [# 41] on April 12, 2006, and Defendants filed their Reply in Support of Motion to Exclude [# 42] on April 21, 2006.  I have reviewed these documents and also heard argument from counsel and testimony from Linda Andrews at a hearing on June 21, 2006.

For the reasons stated on the record, it is

ORDERED that Defendants' Motion to Exclude the Opinions Testimony of Linda E. Andrews is **GRANTED**.  It is

FURTHER ORDERED that if at trial, testimony is presented by Defendants regarding the stress related to intake functions, Plaintiff may raise the issue of Ms.

Andrews testifying. It is

FURTHER ORDERED that a five-day trial is scheduled to commence on

**Monday, October 15, 2007, at 8:30 a.m.** It is

FURTHER ORDERED that a Final Trial Preparation Conference will be held on

**Thursday, October 11, 2007, at 9:00 a.m.**

Dated: June 26, 2006

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge