IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00847-WYD-BNB

KIM RENEE COLEMAN,

     Plaintiff,

v.

CITY AND COUNTY OF BROOMFIELD;
LUCINDA CONNELLY, in her official capacity as Program Planning Administrator;
CONNIE LINN, in her official capacity as Manager of Family and Children Services;
and
DEBRA OLDENETTEL, in her official capacity as Director of Health and Human Services,

     Defendants.

## ORDER

THIS MATTER comes before the Court on the Defendants' Motion to Amend the Final Pretrial Order (docket #74), filed October 3, 2007.  On October 4, 2007, the Plaintiff filed a confession of the motion to the extent it permits the Defendants to assert three affirmative defenses at trial by adding these defenses to the Final Pretrial Order. I note that in her confession of the motion, Plaintiff reserves the right to object to instructing the jury on these affirmative defenses if the evidence does not support submission of the instruction to the jury.  After carefully reviewing the file in the above-captioned matter and considering the requirement of Fed. R. Civ. P. 16 (e) concerning the amendment of Final Pretrial Orders, I find that this motion should be granted.

Accordingly, it is

ORDERED that the Motion to Amend the Final Pretrial Order (docket #74) is **GRANTED.** It is

FURTHER ORDERED that the Final Pretrial Order is hereby amended to include the following affirmative defenses: (1) mitigation of damages; (2) same decision defense under the Americans with Disabilities Act and the Family and Medical Leave Act; and (3) good faith defense to liquidated damages.

Dated: October 9, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge