IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00847-WYD-BNB

KIM RENEE COLEMAN,

    Plaintiff,

v.

CITY AND COUNTY OF BROOMFIELD;
LUCINDA CONNELLY, in her official capacity as Program Planning Administrator;
CONNIE LINN, in her official capacity as Manager of Family and Children Services;
and
DEBRA OLDENETTEL, in her official capacity as Director of Health and Human Services,

    Defendants.

## ORDER

THIS MATTER came before the Court for a Final Trial Preparation Conference on October 11, 2007. After carefully reviewing the pleadings and considering the arguments presented by both parties at the hearing, I order the following based upon the reasons stated on the record:

IT IS ORDERED that the parties shall meet and confer and file the following no later than **Friday, October 12, 2007:** (1) maximum stipulated jury instructions; (2) an amended exhibit list; and (3) a stipulated statement of the case to be read to the jury during voir dire. It is

FURTHER ORDERED that the Defendant shall make witness Annette Rauschenberger available to the Plaintiff during its case-in-chief to call as an adverse witness. It is

FURTHER ORDERED that I will decide the issue of front pay, and any evidence regarding front pay will be presented outside the presence of the jury.  It is

FURTHER ORDERED that each side shall have 20 minutes to complete its opening statement to the jury.  It is

FURTHER ORDERED that the parties shall comply with all other deadlines and directives mandated by me at the Final Trial Preparation Conference and my practice standards.

Dated:  October 11, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge