IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00847-WYD-BNB

KIM RENEE COLEMAN,

    Plaintiff,

v.

CITY AND COUNTY OF BROOMFIELD;
LUCINDA CONNELLY, in her official capacity as Program Planning Administrator;
CONNIE LINN, in her official capacity as Manager of Family and Children Services;
and DEBRA OLDENETTEL, in her official capacity as Director of Health and Human
Services,

    Defendants.

---

ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF
INDIVIDUALS NAMED IN THEIR OFFICIAL CAPACITY AND JOINT MOTION TO
AMEND CAPTION

---

THE COURT, pursuant to the Stipulation for Dismissal With Prejudice filed by Plaintiff Kim Coleman and Defendants City and County of Broomfield, Lucinda Connelly, Connie Linn, and Debra Oldenettel, It is hereby

ORDERED that all claims that are or could have been asserted in this action by Plaintiff Kim Coleman against Defendants Lucinda Connelly, Connie Linn, and Debra Oldenettel, in their respective official capacities, arising out of the allegations set forth in the pleadings are hereby dismissed with prejudice. The claims against Defendant City and County of Broomfield are not dismissed by this order and Plaintiff Kim Coleman has not waived or dismissed any claims asserted and pending in this action against the City and County of Broomfield based on the actions of Lucinda Connelly,

Connie Linn, Debra Oldenettel, Tammy Ross, or Karen Beye, or any other employee or agent. It is further

FURTHER ORDERED that each party shall bear its own respective fees and costs as to this Stipulation for the Dismissal of the Official Capacity Defendants. It is further

ORDERED that the caption shall be amended to reflect The City and County of Broomfield as the sole defendant.

Dated this <u>15th</u> day of October, 2007.

        BY THE COURT:

        <u>s/ Wiley Y. Daniel</u>
        WILEY Y. DANIEL,
        United States District Judge